IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE NO. 14-586-01 |
| EUGENE DYKES | : | |

### O R D E R

AND NOW, this 16 day of June, 2014, upon the government's motion during the defendant's initial appearance in the above matter on Friday, June 13, 2014, for a psychiatric examination and mental competency determination, it is

ORDERED

that:

1) The government's motion for a psychiatric examination and a mental competency determination under 18 U.S.C.§ 4241(a) is GRANTED.

2) The defendant is committed to the custody of the Attorney General for a reasonable period not to exceed 120 days from the date of his arrival at the facility at which the examination will be conducted; he shall be placed in a suitable facility for psychiatric and mental competency examination; and a psychiatric and mental competency report, which report shall include an evaluation of the potential for malingering, exaggerating, or feigning mental illness or the symptoms of mental illness, and for danger to himself, shall be filed with the Court pursuant to 18 U.S.C. §§ 4241(b) and 4247(b), (c)(1)-(4)(A) (whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to

understand the nature and consequences of the proceedings against him or to assist properly in his defense).

    3)  The Court recommends that defendant be incarcerated at a suitable prison medical facility as determined by the Bureau of Prisons, where the psychiatric evaluation and mental competency determination of defendant may be conducted pursuant to 18 U.S.C. § 4241 and the report prepared pursuant to 18 U.S.C. §§ 4241(b) and 4247(b), (c)(1)-(4)(A) only.

    4)  Any period of delay resulting from the examination of the defendant to determine his competency and the filing of a report describing the mental condition of the defendant and evaluating his need, if any, for treatment shall be excluded from all computations of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A), (h)(1)(H) and 3164(b).

    5)  Upon completion of the evaluation and receipt of the report, the defendant is to be returned promptly to the Eastern District of Pennsylvania, and the United States Marshal is to notify this Court so that defendant may be scheduled for a hearing on his competency.

            BY THE COURT:

            _____
            HONORABLE TIMOTHY R. RICE
            *United States Magistrate Judge*