AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>EUGENE DYKES<br><br>Defendant | ) ) ) ) ) ) ) Case No. 14-586-M |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **EUGENE DYKES**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about October 17, 2013, in Philadelphia, in the Eastern District of Pennsylvania, defendant, EUGENE DYKES knowingly and by means and use of a dangerous weapon, that is, a motor vehicle, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Tim Stevenson, Deputy United States Marshal, United States Marshals Service, while he was engaged in his official duties. In violation of Title 18 United States Code, Sections 111(a)(1), (b).

Date: 06/06/2014

*Issuing officer's signature*

City and state: Philadelphia, PA

Elizabeth T. Hey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6-6-14, and the person was arrested on *(date)* 6-12-14
at *(city and state)* PM.

Date: 6-12-14

FBI
*Arresting officer's signature*

*Printed name and title*